AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| VERONICA QUINTERO-NAVARRO | CASE NUMBER: 07cr2898-LAB |

I, VERONICA QUINTERO-NAVARRO, the above-named defendant, who is accused of committing the following offenses:

Importation of Methamphetamine and Aiding and Abetting, in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2 (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on __10/18/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

QUINTERO VERONICA
Defendant

_____
Defense Counsel

Before _____
Judicial Officer

FILED
OCT 18 2007
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY