```
 1                UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF CALIFORNIA

 3

 4  UNITED STATES OF AMERICA,     )  Case No. 07MJ2282-JMA
                                  )
 5          Plaintiff,             )  San Diego, California
                                  )
 6  vs.                            )  Tuesday,
                                  )  September 25, 2007
 7  JORGE DANIEL RAMIREZ-ARMAS    )  2:25 p.m.
    and VERONICA QUINTERO-        )
 8  NAVARRO,                       )
                                  )
 9          Defendants.            )
    _____)
10
                   TRANSCRIPT OF PROCEEDINGS
11          BEFORE THE HONORABLE JAN M. ADLER
                UNITED STATES MAGISTRATE JUDGE
12
    APPEARANCES:
13
    For the Plaintiff:           CALEB MASON, ESQ.
14                               Assistant United States
                                   Attorney
15                               880 Front Street
                                 San Diego, California 92101
16

17  For the Defendant             MICHAEL L. CROWLEY, ESQ.
    Ramirez-Armas:                550 West "C" Street
18                                 Suite 1960
                                  San Diego, California 92101
19                                (619) 444-8808

20  For the Defendant             HOWARD B. FRANK, ESQ.
    Quintero-Navarro:             Frank & Milchen
21                                136 Redwood Street
                                  San Diego, California 92103
22                                (619) 574-1888

23  Transcript Ordered By:       MICHAEL CROWLEY, ESQ.

24
    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.
```

```
                                                                    ii
 1  Transcriber:                Sherri Lattuca
                                Echo Reporting, Inc.
 2                              6336 Greenwich Drive, Suite B
                                San Diego, California 92122
 3                              (858) 453-7590
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

*Echo Reporting, Inc.*

                                                                1

1  SAN DIEGO, CALIFORNIA  TUESDAY, SEPTEMBER 25, 2007 2:25 P.M.
2                            --oOo--
3       (Call to order of the Court.)
4           THE CLERK:  Calling matter number nine on the
5  calendar, 07MJ2282, United States of America versus Jorge
6  Daniel Ramirez-Armas and Veronica Quintero-Navarro, both on
7  calendar for detention hearing.
8           MR. FRANK:  Your Honor, good afternoon.  Howard
9  Frank, appearing on behalf of Veronica Quintero-Navarro who
10 is in custody and will be entering your Honor's courtroom
11 shortly.
12          THE COURT:  Good afternoon.
13          MR. CROWLEY:  Michael Crowley on behalf of
14 Mr. Ramirez who is present before the Court in custody.
15          THE COURT:  Good afternoon.
16     (Pause.)
17          MR. FRANK:  Your Honor, for the record,
18 Ms. Quintero is now present before the Court.
19          THE COURT:  Thank you.
20          MR. FRANK:  Your Honor, today is the date and now
21 is the time set for a detention hearing for Ms. Quintero.
22 We are not ready to proceed.  I note that she is scheduled
23 for a preliminary examination on Wednesday, October 3rd, at
24 2:00 p.m.  This would be our request, that the detention
25 hearing be put over to that same date and time so that both

2

1 matters can be on your Honor's calendar together.
2          THE COURT:  Any opposition?
3          MR. MASON:  No, your Honor.
4          THE COURT:  All right.
5          MR. CROWLEY:  We would make the same request, your
6 Honor.
7          THE COURT:  All right, thank you.
8          MR. MASON:  No opposition, your Honor.
9          THE COURT:  Thank you.  All right, I'm going to
10 continue the detention hearings as to each Defendant until
11 the date of their preliminary hearings which is October 3rd
12 at 2:00 p.m.
13          Thank you.
14          MR. FRANK:  Your Honor, thank you.
15
16
17      (Proceedings concluded.)
18
19
20
21
22
23
24
25

3

1      I certify that the foregoing is a correct
2 transcript to the best of my ability from the electronic
3 sound recording of the proceedings in the above-entitled
4 matter.
5
6 s/Sherri Lattuca              5/30/08
  Transcriber                   Date
7
  FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:
8
  s/L.L. Francisco
9 L.L. Francisco, President
  Echo Reporting, Inc.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

*Echo Reporting, Inc.*