```
 1                  UNITED STATES DISTRICT COURT

 2                 SOUTHERN DISTRICT OF CALIFORNIA

 3

 4 UNITED STATES OF AMERICA,   ) Case No. 07MJ2282-LAB
                               )
 5         Plaintiff,          ) San Diego, California
                               )
 6 vs.                         ) Wednesday,
                               ) October 3, 2007
 7 JORGE DANIEL RAMIREZ-ARMAS  ) 3:06 p.m.
   and VERONICA QUINTERO-      )
 8 NAVARRO,                    )
                               )
 9         Defendants.         )
10 _____)
                    TRANSCRIPT OF PROCEEDINGS
11            BEFORE THE HONORABLE JAN M. ADLER
                 UNITED STATES MAGISTRATE JUDGE
12
   APPEARANCES:
13
   For the Plaintiff:          CALEB MASON, ESQ.
14                             Assistant United States
                                 Attorney
15                             880 Front Street
                               San Diego, California 92101
16

17 For the Defendant           MICHAEL L. CROWLEY, ESQ.
   Ramirez-Armas:              550 West "C" Street
18                               Suite 1960
                               San Diego, California 92101
19                             (619) 444-8808

20 For the Defendant           HOWARD B. FRANK, ESQ.
     Quintero-Navarro:         Frank & Milchen
21                             136 Redwood Street
                               San Diego, California 92103
22                             (619) 574-1888

23 Transcript Ordered By:      MICHAEL CROWLEY, ESQ.

24

   Proceedings recorded by electronic sound recording;
25 transcript produced by transcription service.
```

*Echo Reporting, Inc.*

```
                                                              ii
 1  Transcriber:              Sherri Lattuca
                              Echo Reporting, Inc.
 2                            6336 Greenwich Drive, Suite B
                              San Diego, California 92122
 3                            (858) 453-7590
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                                    1
 1   SAN DIEGO, CALIFORNIA  WEDNESDAY, OCTOBER 3, 2007 3:06 P.M.
 2                            --oOo--
 3        (Call to order of the Court.)
 4             THE COURT:  Mr. Ramirez-Armas, your preliminary
 5   hearing is continued for October 18th at 2:00 p.m.?
 6             DEFENDANT RAMIREZ-ARMAS:  Yes, sir.
 7             THE COURT:  And Veronica Quintero-Navarro, same
 8   question, is that acceptable to you?
 9             MS. QUINTERO-NAVARRO:  Yes.
10             THE COURT:  All right.  Now, as to Defendants
11   Jorge Daniel Ramirez-Armas and Veronica Quintero-Navarro,
12   this matter was set today also for a detention hearing with
13   respect to each of you.
14             I've been advised by your attorneys that each of
15   you is prepared to waive or give up the right to a detention
16   hearing today.
17             Mr. Ramirez-Armas and Ms. Quintero-Navarro, did you
18   have the opportunity to speak with your attorney about what
19   would happen here today?
20             First of all, Mr. Ramirez-Armas?
21             DEFENDANT RAMIREZ-ARMAS:  Yes, sir.
22             THE COURT:  And Ms. Quintero-Navarro?
23             DEFENDANT QUINTERO-NAVARRO:  (Through interpreter)
24   Yes, I did.
25             THE COURT:  I just want to let you know, I will
```

2

1 expect that Mr. Ramirez-Armas will answer each question first
2 and then Ms. Quintero-Navarro will answer second.  Okay?
3         Do you understand you have an absolute right to a
4 hearing on bail in your case?
5         DEFENDANT RAMIREZ-ARMAS:  Yes.
6         DEFENDANT QUINTERO-NAVARRO:  Yes.
7         THE COURT:  You also understand that the Government
8 has asked that you be kept in custody without bail?
9         DEFENDANT RAMIREZ-ARMAS:  Yes.
10        DEFENDANT QUINTERO-NAVARRO:  Yes.
11        THE COURT:  You understand that you have chosen,
12 after speaking with your attorneys, to postpone your right to
13 seek bail?
14        DEFENDANT RAMIREZ-ARMAS:  Yes.
15        THE COURT:  Sir, did you answer, I'm sorry?
16        DEFENDANT RAMIREZ-ARMAS:  Yes, I did.
17        DEFENDANT QUINTERO-NAVARRO:  Yes.
18        THE COURT:  Okay.  And your answer was yes?
19        DEFENDANT RAMIREZ-ARMAS:  Yes, it is, your Honor.
20        THE COURT:  All right.  Do you understand you can
21 return to court in the future to request bail if you choose
22 to do so?
23        DEFENDANT RAMIREZ-ARMAS:  Yes.
24        DEFENDANT QUINTERO-NAVARRO:  Yes.
25        THE COURT:  And you understand that if you later

3

1 decide to do that, the Government will have the right to seek
2 to continue to keep you in custody without bail?
3          DEFENDANT RAMIREZ-ARMAS:  Yes.
4          DEFENDANT QUINTERO-NAVARRO:  Yes.
5          THE COURT:  In light of what we have discussed, is
6 this what you wish to do today?
7          DEFENDANT RAMIREZ-ARMAS:  Yes.
8          DEFENDANT QUINTERO-NAVARRO:  Yes.
9          THE COURT:  I find that the waiver of the detention
10 hearing by each Defendant is voluntarily, knowingly and
11 intelligently made.  I will sign the order and each order is
12 without prejudice.
13      (Proceedings concluded.)
14
15          I certify that the foregoing is a correct
16 transcript to the best of my ability from the electronic
17 sound recording of the proceedings in the above-entitled
18 matter.
19
20 s/Sherri Lattuca                    5/30/08
   Transcriber                         Date
21
   FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:
22
   s/L.L. Francisco
23 L.L. Francisco, President
   Echo Reporting, Inc.
24
25